No. 424, Misc. PEREZ v. WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se*. *Earl Faircloth,* Attorney General of Florida, *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 555, Misc. THOMAS v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se*. *Earl Faircloth,* Attorney General of Florida, and *John S. Burton,* Assistant Attorney General, for respondent.

No. 608, Misc. FAZIO v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Louis J. Lefkowitz,* Attorney General of New York, and *Mortimer Sattler,* Assistant Attorney General, for respondent.

No. 846, Misc. BENTON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se*. *Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Michael J. Phelan,* Deputy Attorneys General, for respondent.

No. 1068, Misc. OWENS v. HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1069, Misc. LYNN ET AL. v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1081, Misc. PINCH v. MAXWELL, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 1113, Misc. TARIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.